**B1 (Official Form 1)(4/10)**

| United States Bankruptcy Court<br>Northern District of Illinois | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Grand Bear Lodge, LLC** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names):<br>**DBA Grizzly Jack's Grand Bear Resort** | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all)<br>**87-0700998** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**15811 Annico Drive**<br>**Suite 4**<br>**Lockport, IL**        ZIP Code **60491** | Street Address of Joint Debtor (No. and Street, City, and State):        ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**Will** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):        ZIP Code | Mailing Address of Joint Debtor (if different from street address):        ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above):  **Illinois Route 178**<br>**Utica, IL 61373** | |

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,343,300 *(amount subject to adjustment on 4/01/13 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Assets**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |

**Estimated Liabilities**

| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |
|---|---|---|---|---|---|---|---|---|---|
| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |

# Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):** Grand Bear Lodge, LLC

## All Prior Bankruptcy Cases Filed Within Last 8 Years (If more than two, attach additional sheet)

| Location Where Filed: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| Location Where Filed: | Case Number: | Date Filed: |

## Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor (If more than one, attach additional sheet)

| Name of Debtor: | Case Number: | Date Filed: |
|---|---|---|
| - None - | | |
| District: | Relationship: | Judge: |

### Exhibit A

(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)

☐ Exhibit A is attached and made a part of this petition.

### Exhibit B

(To be completed if debtor is an individual whose debts are primarily consumer debts.)

I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).

X _____
   Signature of Attorney for Debtor(s)     (Date)

### Exhibit C

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

### Exhibit D

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

### Information Regarding the Debtor - Venue
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

### Certification by a Debtor Who Resides as a Tenant of Residential Property
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

# Voluntary Petition

*(This page must be completed and filed in every case)*

Name of Debtor(s): **Grand Bear Lodge, LLC**

## Signatures

### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X _____
Signature of Debtor

X _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

X _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

### Signature of Attorney*

X **/s/ William J. Factor**
Signature of Attorney for Debtor(s)

**William J. Factor 6205675**
Printed Name of Attorney for Debtor(s)

**The Law Office of William J. Factor, Ltd.**
Firm Name

**1363 Shermer Road
Suite 224
Northbrook, IL 60062**
Address

**Email: wfactor@wfactorlaw.com
847-239-7248 Fax: 847-574-8233**
Telephone Number

**January 21, 2011**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

X _____

_____
Date

Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.*

### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

X **/s/ Joseph Hook**
Signature of Authorized Individual

**Joseph Hook**
Printed Name of Authorized Individual

**Manager**
Title of Authorized Individual

**January 21, 2011**
Date

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Northern District of Illinois

In re  **Grand Bear Lodge, LLC**
Debtor(s)

Case No.
Chapter  **11**

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| Advanced Asphalt Co. West Railroad Avenue Princeton, IL 61356 | Advanced Asphalt Co. | | | 178,510.10 |
| Alexander Lumber Company 100 Barney Drive Joliet, IL 60435 | Alexander Lumber Company 100 Barney Drive Joliet, IL 60435 | Judgment | Disputed | 541,918.81 |
| Corn Belt Energy Corporation One Energy Way Bloomington, IL 61705-6366 | Corn Belt Energy Corporation One Energy Way Bloomington, IL 61705-6366 | | | 20,544.95 |
| Ecolab Inc. P.O. Box 70343 Chicago, IL 60673-0343 | Ecolab Inc. P.O. Box 70343 Chicago, IL 60673-0343 | | | 8,215.82 |
| Galassi Cutstone & Marble, L.L.C. 10001 West 191st Street Mokena, IL 60448 | Galassi Cutstone & Marble, L.L.C. 10001 West 191st Street Mokena, IL 60448 | | | 11,211.51 |
| Gams Communications 308 West Erie, 4th Floor Chicago, IL 60610 | Gams Communications 308 West Erie, 4th Floor Chicago, IL 60610 | | Unliquidated Disputed | 99,727.97 |
| Grand Bear Vacation Villas Assoc. 15811 Annico Drive Suite 4 Lockport, IL 60491 | Grand Bear Vacation Villas Assoc. 15811 Annico Drive Suite 4 Lockport, IL 60491 | Rental payments to be passed through to unit owners | | 29,880.08 |
| Illinois Department of Revenue Hotel Operators' Occupation Tax P.O. Box 19019 Springfield, IL 62794-9019 | Illinois Department of Revenue Hotel Operators' Occupation Tax P.O. Box 19019 Springfield, IL 62794-9019 | | | 161,481.27 |
| J. Lucas & Sons Paving, Inc. 805 Richards Street Joliet, IL 60434 | J. Lucas & Sons Paving, Inc. 805 Richards Street Joliet, IL 60434 | | | 89,000.00 |
| Kipnis, Rosen & Bloom 5550 West Touhy Avenue, Suite 300 Skokie, IL 60077-3254 | Kipnis, Rosen & Bloom 5550 West Touhy Avenue, Suite 300 Skokie, IL 60077-3254 | | | 25,500.00 |

**B4 (Official Form 4) (12/07) - Cont.**

In re  **Grand Bear Lodge, LLC**                    Case No. _____

                        Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| **Larkin Aquatics**<br>9200 Ward Parkway<br>Suite 400<br>Kansas City, MO 64114 | **Larkin Aquatics**<br>9200 Ward Parkway<br>Suite 400<br>Kansas City, MO 64114 | | **Disputed** | **17,734.84** |
| **O'Rourke Katten & Moody**<br>55 West Wacker Drive, 14th Floor<br>Chicago, IL 60601 | **O'Rourke Katten & Moody**<br>55 West Wacker Drive, 14th Floor<br>Chicago, IL 60601 | | | **139,054.17** |
| **Paramount Lodging Advisors**<br>311 West Superior Street<br>Suite 500<br>Chicago, IL 60654 | **Paramount Lodging Advisors**<br>311 West Superior Street<br>Suite 500<br>Chicago, IL 60654 | | | **15,207.65** |
| **Patzik, Frank & Samotny, Ltd.**<br>150 South Wacker Drive<br>Suite 1500<br>Chicago, IL 60606 | **Patzik, Frank & Samotny, Ltd.**<br>150 South Wacker Drive<br>Suite 1500<br>Chicago, IL 60606 | | | **168,436.00** |
| **Sysco Food Services - Chicago, Inc.**<br>250 Wieboldt Drive<br>Des Plaines, IL 60016-3192 | **Sysco Food Services - Chicago, Inc.**<br>250 Wieboldt Drive<br>Des Plaines, IL 60016-3192 | | | **103,574.74** |
| **Topel Foreman, LLC**<br>500 N. Michigan Avenue, Suite 1700<br>Chicago, IL 60611 | **Topel Foreman, LLC**<br>500 N. Michigan Avenue, Suite 1700<br>Chicago, IL 60611 | | | **50,000.00** |
| **U.S. Food Service, Inc.**<br>Streator Division<br>One Quality Lane<br>Streator, IL 61364 | **U.S. Food Service, Inc.**<br>Streator Division<br>One Quality Lane<br>Streator, IL 61364 | | | **174,068.25** |
| **Varnum Attorneys at Law**<br>Bridgewater Place<br>P.O. Box 352<br>Grand Rapids, MI 49501 | **Varnum Attorneys at Law**<br>Bridgewater Place<br>P.O. Box 352<br>Grand Rapids, MI 49501 | | | **24,018.50** |
| **Village of North Utica**<br>801 South Clark<br>P.O. Box 188<br>Utica, IL 61373 | **Village of North Utica**<br>801 South Clark<br>P.O. Box 188<br>Utica, IL 61373 | | | **160,462.88** |
| **WTTW, Inc.**<br>5400 North St. Louis Avenue<br>Chicago, IL 60625 | **WTTW, Inc.**<br>5400 North St. Louis Avenue<br>Chicago, IL 60625 | | | **8,000.00** |

B4 (Official Form 4) (12/07) - Cont.

In re  **Grand Bear Lodge, LLC**               Case No. _____

Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date **January 21, 2011**         Signature **/s/ Joseph Hook**
                                                                                      **Joseph Hook**
                                                                                      **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

```
Advanced Asphalt Co.
West Railroad Avenue
Princeton, IL 61356


AFP Dispensers, Inc.
P.O. Box 7247-8377
Philadelphia, PA 19170-8377


Alan Dikcis
7931 S. Nordica Avenue
Burbank, IL 60459


Alexander Lumber Company
100 Barney Drive
Joliet, IL 60435


All American Tree Service
17643 Alice Court
Elwood, IL 60421


American Hotel Register Company
16458 Collections Center Drive
Chicago, IL 60693


AT&T
P.O. Box 8100
Aurora, IL 60507-8100


ATA
Accounting & Tax Advisors, CPAs
1900 S. Highland Avenue, Suite 103
Lombard, IL 60148


Bright Pages/Yellow Pages
P.O. Box 15132
Wilmington, DE 19850-5132


Chartis AIG
22427 Network Place
Chicago, IL 60673-1224


Concorde Printing
150 North Michigan Avenue
Lower Level
Chicago, IL 60601
```

```
Corn Belt Energy Corporation
One Energy Way
Bloomington, IL 61705-6366


Daydots
1801 Riverbend West Drive
Fort Worth, TX 76118


Design Temperature
5723 N. Northwest Highway
Chicago, IL 60646


Dougherty Funding, LLC
90 S. Seventh Street
Suite 4300
Homer Glen, IL 60491


Ecolab Inc.
P.O. Box 70343
Chicago, IL 60673-0343


Enchanted Forest, LLC



Galassi Cutstone & Marble, L.L.C.
10001 West 191st Street
Mokena, IL 60448


Gams Communications
308 West Erie, 4th Floor
Chicago, IL 60610


Grand Bear Vacation Villas Assoc.
15811 Annico Drive
Suite 4
Lockport, IL 60491


Greg Reinhold



Gurtler Industries
15475 South LaSalle Street
South Holland, IL 60473
```

```
Hydrotech Systems Ltd.
13 Green Mountain Drive
P.O. Box 648
Cohoes, NY 12047


I.V. NET, LLP
P.O. Box 297
Peru, IL 61354


Illinois Department of Revenue
Hotel Operators' Occupation Tax
P.O. Box 19019
Springfield, IL 62794-9019


Illinois Department of Revenue
ST-1 Retailers OccupationTax
P.O. Box 19034
Springfield, IL 62794-9034


Integrated Point of Sale (IPOS)
102 North Elida Street, Suite B
Winnebago, IL 61088


IQWARE, Inc.
600 West Hillsboro Boulevard
Suite 201
Deerfield Beach, FL 33441-1610


J. Lucas & Sons Paving, Inc.
805 Richards Street
Joliet, IL 60434


Joe Hook



Keith and Susan Wolick
15200 Rodeo Drive
Orland Park, IL 60467



Keith Wolick



Kipnis, Rosen & Bloom
5550 West Touhy Avenue, Suite 300
Skokie, IL 60077-3254
```

```
KONE, Inc.
P.O. Box 429
Moline, IL 61266-0429


Larkin Aquatics
9200 Ward Parkway
Suite 400
Kansas City, MO 64114


LaSalle County Tax Assessor
707 East Etna Road
Ottawa, IL 61350-1047


Leno Campbell



Lifeguard Store, Inc.
2018 Eage Road
Normal, IL 61761


Linden, Duane
14640 Golf Road
Orland Park, IL 60462


Lisa Meyers



Lutes H20 Well Drilling Inc.
308 West Maple Street
Malden, IL 61337


M. & M. Affordable Plumbing, Inc.
1813 Moen Avenue
Joliet, IL 60436


Mahoney Environmental
37458 Eagle Way
Chicago, IL 60678-1374


Mark Low
```

Marquez, Luis
7326 West 61st Street
Summit Argo, IL 60501


MCI Communications Services, Inc.
500 Technology Drive, Suite 210
Weldon Spring, MO 63304


Michael Delap



Michael Huseman
Dreyer Foote Furgason
1999 West Downer Place
Aurora, IL 60506


Munson Escavating and Septic
3518 East 9th Road
Utica, IL 61373


O'Rourke Katten & Moody
55 West Wacker Drive, 14th Floor
Chicago, IL 60601


Paramount Lodging Advisors
311 West Superior Street
Suite 500
Chicago, IL 60654


Patzik, Frank & Samotny, Ltd.
150 South Wacker Drive
Suite 1500
Chicago, IL 60606


Rob B. Heinrich
Heinrich & Kramer
205 W. Randolph St. No. 1750
Chicago, IL 60606


Simplex Grinnell
1090 North Main Street
East Peoria, IL 61611

Spear Corporation
7 South Walnut Street
Roachdale, IN 46172-9045


Sprong Sales & Service
839 8th Street
La Salle, IL 61301


Sue Wolick



Superior Knife, Inc.
8120 North Central Park Avenue
Skokie, IL 60076-2907


Susanne Czarnecki



SVI Systems, Inc.
P.O. Box 1529
Peoria, IL 61655


Sysco Food Services - Chicago, Inc.
250 Wieboldt Drive
Des Plaines, IL 60016-3192


T.H.E. Insurance Co.
10451 Gulf Boulevard
Treasure Island, FL 33706


The Burlington Deductible Group
NW 5131-04
P.O. Box 1450
Minneapolis, MN 55485-1450


Topel Foreman, LLC
500 N. Michigan Avenue, Suite 1700
Chicago, IL 60611


Travelclick, Inc.
2193 Paysphere Circle
Chicago, IL 60674

U.S. Food Service, Inc.
Streator Division
One Quality Lane
Streator, IL 61364


Vacation Villas LLC


Varnum Attorneys at Law
Bridgewater Place
P.O. Box 352
Grand Rapids, MI 49501


Village of North Utica
801 South Clark
P.O. Box 188
Utica, IL 61373


Village of North Utica
801 South Clark
P.O. Box 188
Utica, IL 61373


Vortus Interative Technology Solutions
500 North Michigan Avenue
Suite 200
Chicago, IL 60611


Warnaco Inc. - Swimwear
P.O. Box 890337
Charlotte, NC 28289-0337


WTTW, Inc.
5400 North St. Louis Avenue
Chicago, IL 60625


Zep Manufacturing Co.
13237 Collections Center Drive
Chicago, IL 60693