# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **Grand Bear Lodge, LLC**, | Bankruptcy No. 11-02321 |
| Debtor. | Honorable Carol A. Doyle |

## NOTICE OF MOTION

**Please take notice** that on **August 27, 2014, at 10:00 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Pamela S. Hollis, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 644 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present the **Reorganized Debtor's Motion for Entry of Final Decree Closing Chapter 11 Case**, a copy of which is attached hereto and herewith served upon you.

Dated: August 19, 2014                                **Grand Bear Lodge, LLC**

                                                                                         By: /s/ Jeffrey K. Paulsen
                                                                                         One of Its Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:   (847) 574-8233
Email:  wfactor@wfactorlaw.com
            slorber@wfactorlaw.com
            jpaulsen@wfactorlaw.com

{00016039}

## CERTIFICATE OF SERVICE

  I, Jeffrey K. Paulsen, an attorney, hereby certify that on August 19, 2014, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on all other persons identified on the Service List below.

              /s/ Jeffrey K. Paulsen

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| Leslie Allen Bayles | leslie.bayles@bryancave.com |
| Joel L. Chupack | jchupack@h-and-k.com |
| Aaron Davis | aaron.davis@bryancave.com, CHDocketing@bryancave.com, kathryn.flaherty@bryancave.com, thomas.schell@bryancave.com |
| Shelly A. DeRousse | sderousse@freeborn.com, bkdocketing@freeborn.com, jhazdra@ecf.inforuptcy.com |
| Lawrence R. Drumm | ldrumm@butlerpappas.com |
| John Eggum | jeggum@fgppr.com |
| William J. Factor | wfactor@wfactorlaw.com, wfactorlaw@gmail.com, gsullivan@wfactorlaw.com, gsullivan@ecf.inforuptcy.com, wfactor@ecf.inforuptcy.com |
| Rob B. Heinrich | rheinrich@h-and-k.com, smeyer@oppenheimer.com |
| David Paul Holtkamp | dholtkamp@wfactorlaw.com, gsullivan@wfactorlaw.com, gsullivan@ecf.inforuptcy.com, dholtkamp@ecf.inforuptcy.com |

| | |
|---|---|
| Michael W. Huseman | mhuseman@dreyerfoote.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Sara E. Lorber | slorber@wfactorlaw.com, gsullivan@wfactorlaw.com, gsullivan@ecf.inforuptcy.com, slorber@ecf.inforuptcy.com |
| Thomas W. Lynch | twlpc@worldnet.att.net |
| Michael Maksimovich | mail@attorneymm.com |
| Edward S. Margolis | emargolis@tellerlevit.com |
| Brandy R. McMillion | brandy.mcmillion@bryancave.com |
| Michael C. Moody | mmoody@orourkeandmoody.com, firm@orourkeandmoody.com, morourke@orourkeandmoody.com |
| Raymond R. Nolasco | NolascoLaw@comcast.net |
| Jeffrey K. Paulsen | jpaulsen@wfactorlaw.com, gsullivan@wfactorlaw.com, gsullivan@ecf.inforuptcy.com, jpaulsen@ecf.inforuptcy.com |
| Erika E. Pedersen | epedersen@pwllp.com |
| Scott N. Schreiber | sschreiber@clarkhill.com, jwoyan@clarkhill.com |
| Jon C. Vigano | jvigano@schiffhardin.com, edocket@schiffhardin.com, rkafferly@schiffhardin.com |

**Others**
(Service via U.S. mail)

See attached.

| Name | Address1 | Address2 | Address3 | City | State | Zip |
|---|---|---|---|---|---|---|
| Advanced Asphalt Co. | West Railroad Avenue | | | Princeton | IL | 61356 |
| Aeschliman, Keith | 21600 BELOM LANE | | | JOLIET | IL | 60431 |
| AFP Dispensers, Inc. | P.O. Box 7247-8377 | | | Philadelphia | PA | 19170-8377 |
| Alan Dikcis | 7931 S. Nordica Avenue | | | Burbank | IL | 60459 |
| All American Tree Service | 17643 Alice Court | | | Elwood | IL | 60421 |
| Allied Waste Services | 808 South Joliet Street | | | Joliet | IL | 60436 |
| Ameren Illinois | Credit and Collections | 2105 E State Route 104 | | Pawnee | IL | 62558 |
| American Express Bank, FSB | c/o Becket and Lee LLP | P.O. Box 3001 | | Malvern | PA | 19355 |
| American Hotel Register Company | 16458 Collections Center Drive | | | Chicago | IL | 60693 |
| AT&T | P.O. Box 8100 | | | Aurora | IL | 60507-8100 |
| ATA | Accounting & Tax Advisors, CPAs | 1900 S. Highland Avenue, Suite 103 | | Lombard | IL | 60148 |
| Autullo, Ralph | 10831 South 76th Ct. | | | Worth | IL | 60482 |
| Bright Pages/Yellow Pages | P.O. Box 15132 | | | Wilmington | DE | 19850-5132 |
| Brown, Robert | 5714 Highland Drve | | | Palatine | IL | 60067 |
| Canterbury Homes | 15811 Annico Drive | Suite 4 | | Lockport | IL | 60491 |
| Concorde Printing | 130 East Randolph | 2 Prudential Plaza, Suite CL10 | | Chicago | IL | 60601 |
| Conrad/Jenkins | PO BOX 388 | | | CHICAGO RIDGE | IL | 60415 |
| Corn Belt Energy Corporation | One Energy Way | | | Bloomington | IL | 61705-6366 |
| Daydots | 1801 Riverbend West Drive | | | Fort Worth | TX | 76118 |
| Debbie Gortowski | 1380 Wild Doe Close | | | Rockford | IL | 61102 |
| Design Temperature | 5723 N. Northwest Highway | | | Chicago | IL | 60646 |
| DiChristina, Frank & Susan | 502 LAKE TRAIL DRVE | | | PALOS PARK | IL | 60464 |
| Dockendorf/Smith | 20938 STATES LANE | | | SHOREWOOD | IL | 60404 |
| Ecolab Inc. | P.O. Box 70343 | | | Chicago | IL | 60673-0343 |
| ELO Grand Bear, LLC | 1650 STONEY BROOK LANE | | | MORRIS | IL | 60450 |
| Enchanted Forest, LLC | 15811 Annico Drive | Suite 4 | | Lockport | IL | 60491 |
| Five Kids, Inc | 7848 BRAELOCH CT | | | ORLAND PARK | IL | 60462 |
| Galassi Cutstone & Marble, L.L.C. | 10001 West 191st Street | | | Mokena | IL | 60448 |
| Gams Communications | 308 West Erie, 4th Floor | | | Chicago | IL | 60610 |
| Grand Bear Cabin Partnership | 619 ROLLINGWOOD DR | | | SHOREWOOD | IL | 60431 |
| Grand Bear Investors, LLC | 15811 ANICO DR SUITE 4 | | | LOCKPORT | IL | 60491 |
| Grand Bear Lakes Townhome Assoc. | 15811 Annico Drive | Suite 4 | | Lockport | IL | 60491 |
| Grand Bear Vacation Villas Assoc. | 15811 Annico Drive | Suite 4 | | Lockport | IL | 60491 |
| Grand Bear Villa Partnership | 619 ROLLINGWOOD DR | | | SHOREWOOD | IL | 60431 |
| Gurtler Industries | 15475 South LaSalle Street | | | South Holland | IL | 60473 |
| Hydrotech Systems Ltd. | 13 Green Mountain Drive | P.O. Box 648 | | Cohoes | NY | 12047 |
| I.V. NET, LLP | P.O. Box 297 | | | Peru | IL | 61354 |
| Illinois Bell Telephone Co. | c/o AT&T Services Inc. / J. Grudus | One AT&T Way, Room 3A218 | | Bedminster | NJ | 7921 |
| Illinois Department of Revenue | Hotel Operators' Occupation Tax | P.O. Box 19019 | | Springfield | IL | 62794-9019 |
| Illinois Department of Revenue | ST-1 Retailers OccupationTax | P.O. Box 19034 | | Springfield | IL | 62794-9034 |
| Illinois Department of Transportati | Bureau of Operations - Logo Program | 2300 South Dirksen Parkway, Room 00 | | Springfield | IL | 62764 |
| Integrated Point of Sale (IPOS) | 102 North Elida Street, Suite B | | | Winnebago | IL | 61088 |
| J. Lucas & Sons Paving, Inc. | 805 Richards Street | | | Joliet | IL | 60434 |

| Name | Address 1 | Address 2 | City | State | Zip |
|---|---|---|---|---|---|
| Keith and Susan Wolick | 15200 Rodeo Drive | | Orland Park | IL | 60467 |
| Kipnis, Rosen & Bloom | 5550 West Touhy Avenue, Suite 300 | | Skokie | IL | 60077-3254 |
| KONE, Inc. | P.O. Box 429 | | Moline | IL | 61266-0429 |
| KRC Enterprises, LLC | PO BOX 105 | | OAK FOREST | IL | 60452 |
| Larkin Aquatics | 9200 Ward Parkway | Suite 400 | Kansas City | MO | 64114 |
| LaSalle County Tax Assessor | 707 East Etna Road | | Ottawa | IL | 61350-1047 |
| Limentato, Sam | 2606 ROBESON PARK DR | | CHAMPAIGN | IL | 61822 |
| Linden, Duane | 14640 Golf Road | | Orland Park | IL | 60462 |
| Lutes H20 Well Drilling Inc. | 308 West Maple Street | | Malden | IL | 61337 |
| M & M News Agency, Inc. | PO Box 1129 | | La Salle | IL | 61301 |
| M. & M. Affordable Plumbing, Inc. | 1813 Moen Avenue | | Joliet | IL | 60436 |
| Mahoney Environmental | 37458 Eagle Way | | Chicago | IL | 60678-1374 |
| Malpeli/McManigal | 5544 WEST 174TH STREET | | TINLEY PARK | IL | 60477 |
| Marquez, Luis | 7326 West 61st Street | | Summit Argo | IL | 60501 |
| MCI Communications Services, Inc. | 500 Technology Drive, Suite 210 | | Weldon Spring | MO | 63304 |
| Munson Escavating and Septic | 3518 East 9th Road | | Utica | IL | 61373 |
| News-Tribune | 426 Second Street | | La Salle | IL | 61301 |
| Paramount Lodging Advisors | 340 W. Evergreen Ave., Suite 3W | | Chicago | IL | 60610 |
| Patzik, Frank & Samotny, Ltd. | 150 South Wacker Drive | Suite 1500 | Chicago | IL | 60606 |
| Petrovic/Gwizdala | 172 TILDEN LANE | | BOLLINGBROOK | IL | 60440 |
| Schneider Investments Peoria | P.O. Box 10432 | | Peoria | IL | 61612 |
| Simplex Grinnell | 1090 North Main Street | | East Peoria | IL | 61611 |
| Spear Corporation | 7 South Walnut Street | | Roachdale | IN | 46172-9045 |
| Sprong Sales & Service | 839 8th Street | | La Salle | IL | 61301 |
| Superior Knife, Inc. | 8120 North Central Park Avenue | | Skokie | IL | 60076-2907 |
| SVI Systems, Inc. | c/o Pathware, Inc. | 1520 West Altofer Drive | Peoria | IL | 61615 |
| T.H.E. Insurance Co. | 10451 Gulf Boulevard | | Treasure Island | FL | 33706 |
| The Burlington Deductible Group | NW 5131-04 | P.O. Box 1450 | Minneapolis | MN | 55485-1450 |
| The Lifeguard Store, Inc. | 2012 West College | | Normal | IL | 61761 |
| Topel Foreman, LLC | 500 N. Michigan Avenue, Suite 1700 | | Chicago | IL | 60611 |
| Vacation Villas LLC | 15811 Annico Drive | Suite 4 | Lockport | IL | 60491 |
| Varnum Attorneys at Law | Bridgewater Place | P.O. Box 352 | Grand Rapids | MI | 49501 |
| Venkus, Richard & Marguerite | 9115 WOODLAWN DRIVE | | HICKORY HILLS | IL | 60457 |
| Vortus Interative Technology Solutions | 308 W. Erie, 4th Floor | | Chicago | IL | 60654 |
| Warnaco Inc. - Swimwear | P.O. Box 890337 | | Charlotte | NC | 28289-0337 |
| Wine Sergi Insurance | 225 Smith Road | | Saint Charles | IL | 60174 |
| Wittry, Helen | 7 S 510 ARBOR DR | | NAPERVILLE | IL | 60540 |
| WTTW, Inc. | 5400 North St. Louis Avenue | | Chicago | IL | 60625 |
| Zep Manufacturing Co. | 13237 Collections Center Drive | | Chicago | IL | 60693 |
| Michael Huseman | Dreyer Foote Furgason | 1999 West Downer Place | Aurora | IL | 60506 |
| Adrian & Danette Lung | 514 Danny Drive | | Shorewood | IL | 60404 |
| Al & Patricia Vallejo | 13520 Marissa Court | | Homer Glen | IL | 60491 |
| Alan & Diane Warrington, Koma Rental Ser | 1 North 461 Rt. 59 | | West Chicago | IL | 60185 |
| Alan & Montse Warrington, Veni, Vidi, Vi | 29912 Angler Lane | | Menifee | CA | 92584 |

| Name | Address | | City | State | Zip |
|---|---|---|---|---|---|
| Alan & Patricia Seagren | 1497 McCormick Place | | Wheaton | IL | 60187 |
| Alan Goldfarb | 10900 Crystal Ridge Court | | Orland Park | IL | 60467 |
| Anton Fakhouri Ajja, LLC | 8200 S. Countyline Road | | Burr Ridge | IL | 60527 |
| Arthur & Laura Kelly | 2020 Bridlewood Drive | | Hoffman Estates | IL | 60192 |
| Arthur & Martha Romo | 29W026 Oak Grove Avenue | | West Chicago | IL | 60185 |
| Arthur & Mary Franke | 6620 W. 54th St. | | Shawnee Mission | KS | 66202 |
| Brian Schilling | 17920 S. Kedzie | | Hazelcrest | IL | 60429 |
| Celestino Properties (Glenn Perniconi) | 1925 Downing | | Westchester | IL | 60154 |
| Charles & Catherine Spillner | 1922 Oaktree Trail | | Lake Villa | IL | 60046 |
| Charlie & Laura Horwitz | 2210 Birchwood Court | | Glenview | IL | 60025 |
| Christopher & Michelle Berardelli, MVB P | 39 Lloyd Road | | Montclair | NJ | 7042 |
| Chun & Kamheung Kwok | 1223 E. Oakton St. | | Des Plaines | IL | 60018 |
| Conrad/Jenkins | P.O. Box 388 | | Chicago Ridge | IL | 60415 |
| Contemporary Dental Properties LLC | 18 Oak Ride Dr. | | LaSalle | IL | 61301 |
| Cynthia Svec | 1 Cherry Wood Ct. | | Indian Head Park | IL | 60525 |
| Dabrisa LLC (Andrew Faville) | 625 N. First St. | | Geneva | IL | 60134 |
| Dan & Christa Bredesen | 21709 W. Division St. | | Lockport | IL | 60441 |
| Daniel & Bridget Urquhart | 1625 S. Courtland | | Park Ridge | IL | 60068 |
| Darin & Carla VanWitzenburg | 115 Augusta Dr. | | Palos Heights | IL | 60463 |
| Darren & Gina Montalto | 13623 Cambridge Drive | | Lemont | IL | 60439 |
| Dolan, Sink, Kwiatt, & Fraider | 16352 Lakeside Drive | | Lockport | IL | 60441 |
| Don & Judy Puhl | 5708 Michael Court | | Rolling Meadows | IL | 60008 |
| Don Van Witzenburg, Jr. | 10804 Worth Ave. | | Worth | IL | 60482 |
| Ecolab - Aqua Balance | 320 Wabasha North | | Saint Paul | MN | 55102 |
| Edmund & Justine Skwirut | 9641 Kris Trail | | Orland Park | IL | 60462 |
| Edward & Dorene Micek | 5 Cordia Court | | Homosassa | FL | 34446 |
| Edward & Francine Riordan | 19 Rubbles Court | | Orland Park | IL | 60467 |
| Ellen Santiago Williams | 255 Windham Circle | | Yorkville | IL | 60560 |
| Fill Lodge, LLC, Mark Fill | OS327 Grengs Lane | | Geneva | IL | 60134 |
| Five Kids Inc. | 7348 Braeloch Ct. | | Orland Park | IL | 60462 |
| FKM, LLC, c/o Michael Lettiere | 17220 S. Olcott | | Tinley Park | IL | 60477 |
| Francine & Robert Anderson | 13542 W. Iroquois Trail | | Homer Glen | IL | 60491 |
| Francisco Serrano | 13157 Ave. O | | Chicago | IL | 60633 |
| Frank & Ruby DiChristina | 5505 W 127th St. | | Crestwood | IL | 60445 |
| Frank Panella Family | 12114 Coach | | Palos Heights | IL | 60463 |
| George & Denny Georgopulos | 343 Selbourne | | Riverside | IL | 60546 |
| Gerald & Imara Marrero | 277 Ashcroft Court | | Oswego | IL | 60543 |
| Grand Bear Lakes | 15811 Annico Drive | Suite 4 | Lockport | IL | 60491 |
| Gregory & Mary Williams | 6012 Brookwood Dr. | | Oak Forest | IL | 60452 |
| Gregory & Tenley Damrow | 8121 Robertson Dr. | | Edwards | IL | 61528 |
| Hibernating Bear (Brad Hettich) | 5352 Penny Wood Dr. | | Lisle | IL | 60532 |
| IQWARE, Inc. | 600 West Hillsboro Blvd., Suite 201 | | Deerfield Beach | FL | 33441 |
| IVNet, LLP | 1622 Fourth Street | | Peru | IL | 61354 |
| James & Christina Trabold | 2011 September Ct. | | Joliet | IL | 60431 |

| Name | Address | City | State | Zip |
|---|---|---|---|---|
| Jeff & Monique Gosse | 40 W 525 Stonebriar Lane | Elgin | IL | 60123 |
| Jeff Marin | 19739 Fiona Drive | Mokena | IL | 60448 |
| Jennifer VanWitzenburg | 10800 S. Lloyd Dr. | Worth | IL | 60482 |
| Jerome & Elizabeth Radomski | 10745 White Tail Run | Orland Park | IL | 60467 |
| Jianquing & Suethei K Hong | 1436 Thacker St., No. 504 | Des Plaines | IL | 60016 |
| JJ&S Group (Stan Wolak) | 14801 S. Golden Oak Dr. | Homer Glen | IL | 60491 |
| John & Alison Walker | 100 Rose Court | Lemont | IL | 60439 |
| John & Calle Janovyak | 1604 Locust Road | Morris | IL | 60450 |
| John & Elizabeth, Palatine Resort Proper | 231 Willowwood Dr. | Oswego | IL | 60543 |
| John & Gail Mahoney | 10615 Pentagon Dr. | Orland Park | IL | 60467 |
| John & Susan Symmes | 15026 S. 30th Street | Phoenix | AZ | 85048 |
| John & Tina Flemming | 14505 S. Pine Grove Lane | Homer Glen | IL | 60491 |
| Joseph & Catherine Hehir | 1343 Acorn St. | Lemont | IL | 60439 |
| Joseph & Lisa Maloney | 13151 Baywood Lane | Lockport | IL | 60441 |
| Judith Montalto | 6716 Park Lane | Palos Heights | IL | 60463 |
| Kansas LLC (Ron LaCombe) | 16840 S. Pineview Dr. | Homer Glen | IL | 60491 |
| Kathleen Kennedy | 16215 South Pin Oak Court | Homer Glen | IL | 60491 |
| Kathy Anderson/Doug Tagler | 21768 Yellow Finch Lane | Frankfort | IL | 60423 |
| Kenneth & Melanie Carpenter | 133 Glen Ridge Drive | East Peoria | IL | 61611 |
| Kevin & Amy Chmura | 7515 W. 160th St. | Tinley Park | IL | 60477 |
| Kevin & Kathy McCurrie | 12809 West Brian Place | Palos Park | IL | 60464 |
| Kevin Clancy, KRC Enterprises, LLC | P.O. Box 105 | Oak Forest | IL | 60452 |
| Koehler & Wortel | 6326 Orchard Dr. | Palos Heights | IL | 60463 |
| Leslie Aeschliman | 21600 Belom Lane | Joliet | IL | 60431 |
| Lewan/Bednarke | 232 Hilltop Lane | Sleepy Hollow | IL | 60118 |
| Marathon Group LLC | 24 E. 8th St. | Hinsdale | IL | 60521 |
| Mark & Jennifer Rigoni | 16253 Regent | Lockport | IL | 60441 |
| Mark Craig | 10410 W. 163rd Place | Orland Park | IL | 60467 |
| Mark Laha | 362 Fourth St. | Lemont | IL | 60439 |
| Mark Peterson | 3208 Bennett Dr. | Naperville | IL | 60564 |
| Martin & Teresita Castillo | 15953 W. Chancellor Dr. | Homer Glen | IL | 60491 |
| Michael & Caryn Kolodziej | 26321 Whispering Woods Court | Plainfield | IL | 60585 |
| Michael & Donna Miller | 4771 Fairfax Avenue | Palatine | IL | 60067 |
| Michael & Lorraine Sullivan | 5741 Foxwood Crossing | New Market | MD | 21774 |
| Michael & Roxanne Siemeck | 15235 St. James Dr. | Orland Park | IL | 60462 |
| Michael Schlicht | 419 Meanderwood Road | Oregon | WI | 53575 |
| Mike & Kathy Scott | 10836 Crystal Ridge Court | Orland Park | IL | 60467 |
| Mike Malak | 22425 S. Country Lane | New Lenox | IL | 60451 |
| Mint Properties (Berardelli) | 10900 Lentfer Court | Orland Park | IL | 60467 |
| Monks, Gleeson & Niezyniecki, Ottawa Bea | 1213 Oak Leaf Court | Crete | IL | 60417 |
| Namco Cybertainment Inc. | 877 Supreme Drive | Bensenville | IL | 60106 |
| Nate Bohlmann & Jennifer Simmons | 7607 Sanhurst Drive, NW | Cedar Rapids | IA | 52405 |
| Nick Huerta | 10424 Kathy Court | Palos Hills | IL | 60465 |
| Pat Connelly | 12141 W. 159th St., Suite B | Homer Glen | IL | 60491 |

| Name | Address | | City | State | Zip |
|---|---|---|---|---|---|
| Paul & Diana Sturlis | 7214 Bayberry Ln. | | Darien | IL | 60561 |
| Paul Houston | 921 Arlington Ave. | | LaGrange | IL | 60525 |
| Pepsi-Cola General Bottlers IL, LLC | 1881 Bilter Road | | Aurora | IL | 60502 |
| Perona Real Estate LLC | 33 Oak Park Dr. | | LaSalle | IL | 61301 |
| Randal Houk | 1107 Homer Court | | Naperville | IL | 60540 |
| Raymond Gierstikas | 142 Augusta Dr. | | Palos Heights | IL | 60463 |
| Rentz, Fuentes & Kathleen | 14516 Stirrup Ct. | | Homer Glen | IL | 60491 |
| Richard & Kimberly Halen | 33875 Crown Colony Dr. | | Avon | OH | 44011 |
| Richard & Laurie DiLorenzo | 954 Malinda Court | | Forsythe | IL | 62535 |
| Richard & Linda Hartman | 800 Manchester | | Naperville | IL | 60563 |
| Richard & Maria Cronin | 7815 Marquette Dr. N. | | Tinley Park | IL | 60477 |
| Richard & Marnell Felice | 15632 Shaftner Road | | Wheaton | IL | 60187 |
| Richard Eber | 4912 Oak Center Drive | | Oak Lawn | IL | 60453 |
| Robert & Rhonda Ostrom | 10630 Andrea Court | | Orland Park | IL | 60467 |
| Robert & Susan Herguth | 861 N. Merrill | | Park Ridge | IL | 60068 |
| Robert Craig | 14417 Golf Road | | Orland Park | IL | 60462 |
| Romeo Group, LLC (Dan Sergi) | 1S180 Theisen Trail | | Batavia | IL | 60510 |
| Ronald & Mary Kay Ray | 16452 S. 76th Ave. | | Tinley Park | IL | 60477 |
| Rozalia Borowski | 13602 S. Shannon Drive | | Homer Glen | IL | 60491 |
| Rueben, Valejo/Kowalzyi, VK Investments | 16213 Borment Drive | | Tinley Park | IL | 60477 |
| Russell & Rhonda Knoelk | 8820 Gleneagles Lane | | Darien | IL | 60561 |
| Rustic Oak, LLC (McGann) | 17832 Mills Road | | Joliet | IL | 60433 |
| Scott & Laura Stangel | 14815 Innisbrook Lane | | Homer Glen | IL | 60491 |
| Sergio & Susan Falco | 2000 Morningview Dr. | | Hoffman Estates | IL | 60192 |
| Snaack Pak Investments, Robertson/Cousin | 782 Vanderbilt Dr. | | New Lenox | IL | 60451 |
| Stephen & Jenifer Carey | 6098 Osprey Circle | | Bremerton | WA | 98312 |
| Steve & Michelle Qualizza | 7555 Ponderosa Court | | Orland Park | IL | 60462 |
| Steve & Susan Jensen | 14324 Oak Ave. | | Homer Glen | IL | 60491 |
| Steven Stahler | 6089 Jonathan Alaric Ave. | | Gonzales | LA | 70737 |
| Stone River Lodge, LLC (Christopher) | 2 Valley View Dr. | | Lemont | IL | 60439 |
| Sudha & Ravi, RAO Family, LLC | 782 Florencia Circle | | Titusville | FL | 32780 |
| Sue Murphy | 59 Ruffled Feathers Dr. | | Lemont | IL | 60439 |
| Thomas & Gloria Kaminsky | 5215 Mardjetko Dr. | | Hoffman Estates | IL | 60192 |
| Thomas & Michelle Marchal | 8429 Horizon Court | | Tinley Park | IL | 60477 |
| Thomas & Suzanne Krzyzek | 24348 3200 East Street | | Lamoille | IL | 61330 |
| Timothy & Kelly Kacerovkis | 14340 LaGrange Road | | Orland Park | IL | 60462 |
| Timothy Boots | 367 Daffodil Dr. | | Romeoville | IL | 60446-0000 |
| Tomczak/Craig | 10649 W. 163rd Place | | Orland Park | IL | 60467 |
| Tomczak/Flood, Stone River Lodge, LLC | 10649 W. 163rd Place | | Orland Park | IL | 60467 |
| TravelCLICK Inc. | 300 N. Martingale Road, Suite 500 | | Schaumburg | IL | 60173 |
| Van Waard0Ntere.I;Jeefe | 19959 S. Damien | | Chicago | IL | 60643 |
| Vlocker International Pty. Ltd. | P.O. Box 4274 | Loganholme DC | Queensland Australia | XX | XXXXX |
| Warren Devries | 8438 Meadows Edge Trail | | Tinley Park | IL | 60477 |
| William & Cynthia McIntyre | 19433 Treston Way | | Mokena | IL | 60448 |

| | | | | | | |
|---|---|---|---|---|---|---|
| William & Mary Ludford | 12 Callery Way | | | Malvern | PA | 19355 |
| William Washburn, Jr. | 619 Rollingwood Dr. | | | Shorewood | IL | 60431 |
| Zen Jun & Lin Jing Guo | 3220 N. Whitney Drive | | | Appleton | WI | 54914 |
| Zygmunt & Iwona Kwiatkowski | 16505 Merc Lane | | | Lockport | IL | 60441 |
| Joe Hook | Grand Bear Lodge, LLC | 15811 Annico Dr. | Suite 4 | Lockport | IL | 60491 |
| Robert J. Maheney | 24 E. 8th St. | | | Hinsdale | IL | 60521 |
| Thomas Polke | 12326 Mackinac Rd. | | | Homer Glen | IL | 60491 |
| Securities & Exchange Commission | Chicago Regional Office | Merri Jo Gillette, Regional Director | 175 W. Jac | Chicago | IL | 60604 |

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| In re: | Chapter 11 |
| **Grand Bear Lodge, LLC**, | Bankruptcy No. 11-02321 |
| Debtor. | Honorable Carol A. Doyle |

### REORGANIZED DEBTOR'S MOTION FOR ENTRY OF FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE

Because the bankruptcy estate in this case has been fully administered, Grand Bear Lodge, LLC, (the "*Reorganized Debtor*") seeks entry of a final decree and order closing this chapter 11 case.

### BACKGROUND

The Reorganized Debtor is a multi-faceted family destination resort and community located adjacent to Starved Rock State Park, in Utica, Illinois. On January 21, 2011, the Reorganized Debtor filed a voluntary petition for relief under chapter 11 of title 11 of the United States Code, 11 U.S.C. §§ 101 *et seq.*, thereby initiating the captioned case.

On April 12, 2012, the Court entered an order confirming the Amended Plan filed by Grand Bear Lodge, LLC, on July 21, 2011, as modified by the Second Modified Amended Plan filed on April 12, 2012 (the "*Plan*"). *See* ECF No. 396. The Plan's Effective Date[1] was May 1, 2012, and the confirmation order is a final order. In addition, the property of the bankruptcy estate in this case has vested in the Reorganized Debtor, which has been operating the debtor's business since the Plan's Effective Date.

The Plan requires that the Reorganized Debtor make the following payments or take the following actions following the Plan's Effective Date:

---

[1] Unless otherwise specified, all capitalized terms used herein shall have the meaning ascribed thereto in the Plan.

{00016039}

| Type or Class of Claims | Creditors | Date of payment or treatment under Plan | Status of Payments |
|---|---|---|---|
| U.S. trustee fees. | U.S. trustee. | Paid quarterly. | The Reorganized Debtor paid U.S. trustee fees assessed through the filing of this motion and will pay the remaining fees once the final fees due have been calculated. |
| Unclassified administrative expense claims. | Professionals retained in the case.[2] | Paid pursuant to agreement between claimants and Reorganized Debtor. | Allowed claims paid in full, except for $1500 to High Ridge, which will be paid prior to the hearing on this motion. |
|  | Ordinary course trade vendors. | Claims to be paid in the ordinary course of business. | Paid in the ordinary course of business. |
| Unclassified priority tax claims. | Illinois Department of Revenue, Village of North Utica, and Internal Revenue Service | Allowed claims to be paid in full with interest in eight equal payments commencing July 21, 2012, and ending January 21, 2016. | All payments required to date have been made. |
| Class 1. | Primarily employees owed wages earned within 180 days of the Petition Date. | Paid in full within 15 days of the Effective Date or date that claim allowed. | All Class 1 claims have been paid in full. |

---

[2] Professionals retained in this case include The Law Office of William J. Factor, Ltd. (the Debtor's bankruptcy counsel), High Ridge Partners (the Debtor's financial advisor) and Alan D. Lasko (the Debtor's accountant).

{00016039}                                                                 —2—

| Type or Class of Claims | Creditors | Date of payment or treatment under Plan | Status of Payments |
|---|---|---|---|
| Class 2. | Dougherty Funding. | Dougherty Funding to receive (1) monthly payments of principal and interest at the rate set forth in the existing loan documents pursuant to a 30-year amortization schedule; (2) if certain conditions met, (i) from 2013 through 2017 an additional principal payment from the Annual Cash Flow of the Enchanted Forest, pursuant to the EF Projections, and (ii) additional collateral from the Enchanted Forest; and (3) part of the Additional Capital after certain other items are paid. | The Reorganized Debtor and Enchanted Forest have made all payments required to date. |
| Class 3. | LaSalle County and Schneider Investments. | Unless paid sooner by Dougherty Funding, Allowed Class 3 Claims will be paid in full with interest in eight equal semi-annual distributions commencing July 21, 2012 and continuing thereafter in an amount sufficient to pay such Claims in full on or before January 21, 2016 (i.e., on or before the fifth anniversary of the Petition Date). | Dougherty paid the Class 3 claim, and the Reorganized Debtor has made all payments required to date resulting from Dougherty's action. |

| Type or Class of Claims | Creditors | Date of payment or treatment under Plan | Status of Payments |
|---|---|---|---|
| Class 4. | All Unsecured Claims with Claims of Grand Bear Investors and Canterbury Homes subordinated to other Class 4 Claims | The Reorganized Debtor will contribute its Annual Cash Flow to the Unsecured Creditor Trust on April 15 of each year commencing in 2012 and continuing through the date that Allowed Class 4 Claims receive full payment of their Allowed Class 4 Claim, with interest at 1%. Distributions from the Unsecured Creditor Trust to be made annually on a pro rata basis. | The Reorganized Debtor's Annual Cash Flow has been insufficient to trigger contributions to the Unsecured Creditor Trust. No distributions have been required or made from the Trust. |
| Class 5. | Unsecured Claims of Creditors that are owed less than $2,000, or that have elected to reduce their Allowed Unsecured Claim to less than $2,000. | Payment in full within 15 days of the Effective Date. | All Class 5 Claims paid in full. |

| Type or Class of Claims | Creditors | Date of payment or treatment under Plan | Status of Payments |
|---|---|---|---|
| Class 6. | Alexander Lumber Secured Claim. | In the event any portion of the Class 6 Claim is an Allowed Secured Claim, the Holder of such Allowed Secured Claim shall receive a promissory note in the amount of the Allowed Class 6 Claim, which (a) shall be secured by a mortgage on the Debtor's real property that is subordinate to the liens of Dougherty Funding and the Holders of the Allowed Class 3 Claims and any other Claims which have a higher priority under applicable law, (b) shall provide for interest at the rate of 6% or the Allowable Rate, whichever is greater, (c) shall call for equal monthly payments of principal and interest based upon a 30-year amortization schedule, and (d) shall be payable in full on or before the fifth anniversary of the Plan's Effective Date. | Pursuant to settlement with Alexander Lumber, Alexander Lumber's Claim treated as Class 4 Claim. *See* ECF Nos. 453, 454. No other payments are required or have been made under Plan. |
| Class 7. | Grand Bear Investors. | Retain equity interests in the Reorganized Debtor. | Retained equity interests. |

Finally, there are no pending matters left for this Court to address.

## DISCUSSION

1. "After an estate is fully administered in a chapter 11 reorganization case, the court, on its own motion or on motion of a party in interest, shall enter a final decree closing the case." Fed. R. Bankr. P. 3022; *accord* 11 U.S.C. § 350(a).

2. The Bankruptcy wCode and Rules do not define when an estate is fully administered, so courts "should review each request for entry of a final decree on a case-by-case basis and analyze the factors set forth in Rule 3022, along with any other relevant factors, in determining whether an estate has been fully administered." *Spierer v. Federated Dep't Stores, Inc. (In re Federated Dep't Stores, Inc.)*, 43 Fed. Appx. 820, 822 (6th Cir. 2002); *accord In re Mold Makers, Inc.*, 124 B.R. 766, 768 (Bankr. N.D. Ill. 1990).

3. The factors considered include: (a) whether the order confirming the plan has become final; (b) whether deposits required by the plan have been distributed; (c) whether the property proposed by the plan to be transferred has been transferred; (d) whether the debtor or the successor of the debtor under the plan has assumed the business of the management of the property dealt with by the plan; (e) whether payments under the plan have commenced; and (f) whether all motions, contested matters, and adversary proceedings have been finally resolved. Fed. R. Bankr. P. 3022 Advisory Note.

4. Whether or not there is a possibility that a court's jurisdiction may be invoked in the future is not a basis to keep a case open, as a final decree closing the case after the estate is fully administered does not deprive the court of jurisdiction to enforce or interpret its own orders and does not prevent the court from reopening the case for cause pursuant to 11 U.S.C. § 350(a). *Id.*

5. Here, each of the applicable factors is satisfied and the Reorganized Debtor's case has been finally administered. Specifically, (a) the order confirming the Plan is final, (b) property proposed in the Plan to be transferred as additional security to Dougherty has been transferred, (c) the Reorganized Debtor has assumed responsibility for the property to be dealt with under the Plan, (d) all

payments thus far required by the Plan have been made, and (e) all motions, contested matters, and adversary proceedings have been resolved.

6. There is therefore no further need for supervision by this Court. (And in the unlikely event that an issue does arise, this Court retains jurisdiction under article 12 of the Plan to resolve that issue.)

## NOTICE

7. Seven days' notice of this motion has been provided to: (a) the Reorganized Debtor; (b) the United States trustee; (c) the Debtor's creditors; and (d) any other party that has filed an appearance or requested notice in the case. The Reorganized Debtor submits that, under the circumstances, such Notice is adequate and that no further notice is required.

**Wherefore**, the Reorganized Debtor respectfully requests that the Court enter a final decree and order closing the case, and grant such further relief as is appropriate under the circumstances.

Dated: August 19, 2014	**Grand Bear Lodge, LLC**

By: /s/ Jeffrey K. Paulsen
One of Its Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:	(847) 239-7248
Fax:	(847) 574-8233
Email:	wfactor@wfactorlaw.com
	slorber@wfactorlaw.com
	jpaulsen@wfactorlaw.com