UNITED STATES BANKRUPTCY COURT

NORTHERN DISTRICT OF ILLINOIS

Eastern Division

| | | |
|---|---|---|
| In Re: | ) | BK No.:   11-02321 |
| Grand Bear Lodge, LLC | ) | |
| | ) | Chapter:  11 |
| | ) | Honorable Carol Doyle |
| | ) | |
| | ) | |
| Debtor(s) | ) | |

**Scheduling Order on Motion of Debtor for Final Decree**

     All Parties are granted leave to file and serve a written response on or before September 10, 2014.

   Debtor is granted leave to file and serve a written reply to the response on or before September 17, 2014.

   Status/ruling set for September 24, 2014 at 10:30 a.m. in Courtroom 742, 219 South Dearborn Street, Chicago, Illinois.


Enter:

*/s/ Carol A. Doyle*

Honorable Carol A. Doyle

United States Bankruptcy Judge

Dated:  August 27, 2014