**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Grand Bear Lodge, LLC**, | Bankruptcy No. 11-02321 |
| Debtor. | Honorable Carol A. Doyle |

## NOTICE OF MOTION

**Please take notice** that on **September 24, 2014, at 10:30 a.m.** or as soon thereafter as counsel may be heard, the undersigned attorneys shall appear before the Honorable Pamela S. Hollis, United States Bankruptcy Judge for the Northern District of Illinois, in Courtroom 742 of the Everett McKinley Dirksen United States Courthouse, 219 South Dearborn Street, Chicago, Illinois, and then and there shall present the **Reorganized Debtor's to Extend Time to Respond to Objection to Motion for Entry of Final Decree Closing Chapter 11 Case**, a copy of which is attached hereto and herewith served upon you.

Dated: September 17, 2014         **Grand Bear Lodge, LLC**

                                  By: /s/ Jeffrey K. Paulsen
                                  One of Its Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:    (847) 574-8233
Email:  wfactor@wfactorlaw.com
        slorber@wfactorlaw.com
        jpaulsen@wfactorlaw.com

{00017809}

## CERTIFICATE OF SERVICE

I, Jeffrey K. Paulsen, an attorney, hereby certify that on September 17, 2014, pursuant to Section II.B.4 of the Administrative Procedures for the Case Management/Electronic Case Filing System and Fed.R.Civ.P. 5(a), I caused a copy of the foregoing *Notice of Motion* and the accompanying *Motion* to be served electronically through the Court's Electronic Notice for Registrants on all persons identified as Registrants on the Service List below and by U.S. mail on all other persons identified on the Service List below.

/s/ Jeffrey K. Paulsen

## SERVICE LIST

**Registrants in the Case**
(Service via ECF)

| | |
|---|---|
| Leslie Allen Bayles | leslie.bayles@bryancave.com |
| Joel L. Chupack | jchupack@h-and-k.com |
| Aaron Davis | aaron.davis@bryancave.com, CHDocketing@bryancave.com, kathryn.flaherty@bryancave.com, thomas.schell@bryancave.com |
| Shelly A. DeRousse | sderousse@freeborn.com, bkdocketing@freeborn.com, jhazdra@ecf.inforuptcy.com |
| Lawrence R. Drumm | ldrumm@butlerpappas.com |
| John Eggum | jeggum@fgppr.com |
| William J. Factor | wfactor@wfactorlaw.com, wfactorlaw@gmail.com, gsullivan@wfactorlaw.com, gsullivan@ecf.inforuptcy.com, wfactor@ecf.inforuptcy.com |
| Rob B. Heinrich | rheinrich@h-and-k.com, smeyer@oppenheimer.com |
| David Paul Holtkamp | dholtkamp@wfactorlaw.com, gsullivan@wfactorlaw.com, gsullivan@ecf.inforuptcy.com, dholtkamp@ecf.inforuptcy.com |

| | |
|---|---|
| Michael W. Huseman | mhuseman@dreyerfoote.com |
| Patrick S Layng | USTPRegion11.ES.ECF@usdoj.gov |
| Sara E. Lorber | slorber@wfactorlaw.com, gsullivan@wfactorlaw.com, gsullivan@ecf.inforuptcy.com, slorber@ecf.inforuptcy.com |
| Thomas W. Lynch | twlpc@worldnet.att.net |
| Michael Maksimovich | mail@attorneymm.com |
| Edward S. Margolis | emargolis@tellerlevit.com |
| Brandy R. McMillion | brandy.mcmillion@bryancave.com |
| Michael C. Moody | mmoody@orourkeandmoody.com, firm@orourkeandmoody.com, morourke@orourkeandmoody.com |
| Raymond R. Nolasco | NolascoLaw@comcast.net |
| Jeffrey K. Paulsen | jpaulsen@wfactorlaw.com, gsullivan@wfactorlaw.com, gsullivan@ecf.inforuptcy.com, jpaulsen@ecf.inforuptcy.com |
| Erika E. Pedersen | epedersen@pwllp.com |
| Scott N. Schreiber | sschreiber@clarkhill.com, jwoyan@clarkhill.com |
| Jon C. Vigano | jvigano@schiffhardin.com, edocket@schiffhardin.com, rkafferly@schiffhardin.com |

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | |
|---|---|
| In re: | Chapter 11 |
| **Grand Bear Lodge, LLC**, | Bankruptcy No. 11-02321 |
| Debtor. | Honorable Carol A. Doyle |

### REORGANIZED DEBTOR'S MOTION TO EXTEND TIME TO RESPOND TO OBJECTION TO MOTION FOR ENTRY OF FINAL DECREE AND ORDER CLOSING CHAPTER 11 CASE

Because O'Rourke & Moody, Patzik Frank & Samotny, Greg Reinhold, Leno Campbell, Lisa Myers, Mark Low, Michael Delap, and Suzanne Czarnecki (collectively, the "***Objectors***") filed their objection to the motion for entry of a final decree late, Grand Bear Lodge, LLC, (the "***Reorganized Debtor***") requests an additional day to file its response to the objection.

### BACKGROUND

On August 19, 2014, the Reorganized Debtor filed a motion for entry of a final decree (ECF No. 472). When the Reorganized Debtor presented the motion to this court on August 27, 2014, the Objectors appeared and announced their intention to oppose the Reorganized Debtor's motion. This Court set a briefing schedule, with any responses due by September 10, any replies due by September 17, and a hearing on the motion on September 24.

The Objectors did file an objection to the Reorganized Debtor's motion, but not until September 15. So that it has adequate time to respond to the objection, the Reorganized Debtor requests a one-day extension—to September 18—of the deadline for it to file its response.

### DISCUSSION

When a deadline is set by a court order, "the court for cause shown may at any time in its discretion … with or without motion or notice order the period enlarged if

{00017809}

the request therefor is made before the expiration of the period originally prescribed …." Fed. R. Bankr. P. 9006(b)(1).

Cause exists here to enlarge the time for the Reorganized Debtor to respond to the Objector's objection. Under the Court's originally ordered briefing schedule, the Reorganized Debtor would have had seven days to draft its response, but because of the Objector's tardy filing, the Reorganized Debtor only had two days. The Reorganized Debtor needs an additional day to complete its response.

**Wherefore**, the Reorganized Debtor respectfully requests that the Court extend the deadline for responding to the Objector's objection to September 18, 2014, and grant such further relief as is appropriate under the circumstances.

Dated: September 17, 2014  **Grand Bear Lodge, LLC**

By: /s/ Jeffrey K. Paulsen
One of Its Attorneys

William J. Factor (6205675)
Sara E. Lorber (6229740)
Jeffrey K. Paulsen (6300528)
**FACTORLAW**
105 W. Madison, Suite 1500
Chicago, IL 60602
Tel:    (847) 239-7248
Fax:    (847) 574-8233
Email:  wfactor@wfactorlaw.com
        slorber@wfactorlaw.com
        jpaulsen@wfactorlaw.com

{00017809}  —2—